IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

MEGAN HART,                                    )
                                               )
          Plaintiff,                           )
                                               )
     v.                                        )          CV 124-206
                                               )
LENDINGCLUB BANK, a/k/a Lendingclub            )
Corporation; and CONTRACT CALLERS,             )
INC.,                                          )
                                               )
          Defendants.                          )
                                    _____

                              **O R D E R**
                                    _____

     Defendants removed this case to federal court on November 8, 2024, and the last answer

was filed on November 25, 2024.  (Doc. nos. 1, 5, 10.)  The deadline for the parties to confer

as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as

set forth in the Court's prior Order has passed.  (See doc. no. 3.)  However, no Rule 26(f)

Report has been filed.  Accordingly, the Court **ORDERS** the parties to conduct a conference

within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days

of the date of the conference.  The Court **DIRECTS** the **CLERK** to attach the standard "RULE

26(f) REPORT" to this Order.

     SO ORDERED this 16th day of January, 2025, at Augusta, Georgia.

                                        _____
                                        BRIAN K. EPPS
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA