# United States District Court

## Southern District of Georgia

Megan Hart

_____  
Plaintiff

Case No.   1:24-CV-00206-JRH-BKE

**v.**

LendingClub Bank, DBA Lending Club Corp. and Contract Callers

_____  
Defendant

Appearing on behalf of

LendingClub Bank

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  4th  day of   February  , 2025 .

_____  
UNITED STATES DISTRICT MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Joel Tasca

Business Address:  Greenberg Traurig, LLP  
                   Firm/Business Name

10845 Griffith Peak Drive  
Street Address

| Suite 600 | Las Vegas | NV | 89135 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____  
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

702 938 6869                               14124 (NV)  
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:  joel.tasca@gtlaw.com