IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MEGAN HART,                          *
                                     *
        Plaintiff,                   *
                                     *
    v.                               *        CV 124-206
                                     *
LENDINGCLUB BANK a/k/a               *
Lendingclub Corporation and          *
CONTRACT CALLERS, INC.,              *
                                     *
        Defendants.                  *
                                     *

_____

O R D E R

_____

    Before the Court is the Parties' stipulation of dismissal.
(Doc. 25.)  All Parties signed the stipulation; thus, the Court
finds dismissal proper under Federal Rule of Civil Procedure
41(a)(1)(A)(ii).

    **IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH
PREJUDICE**.  The Clerk is directed to **TERMINATE** all motions and
deadlines and **CLOSE** this case.  Each party shall bear its own costs
and fees unless otherwise agreed.

    **ORDER ENTERED** at Augusta, Georgia, this ___11th___ day of June,
2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA